WILLOW BROOK RECREATION CENTER, INC., PLAINTIFF-PETITIONER, v. SUSAN SELLE, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Messrs. Riskin & Joseph* and *Mr. Harvey Blicksilver* for the petitioner.

*Messrs. Jeffer, Walter, Tierney, DeKorte, Hopkinson & Vogel* for the respondents.

April 28, 1970. Denied.

SOL URBACH, PLAINTIFF-PETITIONER, v. KARL L. ORASHEN, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Messrs. Wharton, Stewart & Davis* and *Mr. Richard H. Thiele, Jr.* for the petitioner.

*Messrs. Gebhardt & Kiefer, Mr. William M. D'Annunzio, Messrs. Lewis, Siegel & Wood* and *Mr. Sidney S. Stark* for the respondents.

April 28, 1970. Denied.

JUSTIN GEORGETTI, PLAINTIFF-RESPONDENT, v. WASHINGTON TOWNSHIP, *ET AL.*, DEFENDANTS-PETITIONERS.

*Mr. Leonard Adler* for the petitioners.

*Mr. Philip C. Geibel* and *Mr. Peter Peletz, Jr.* for the respondent.

April 28, 1970. Denied.